**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-00736-CMA-CBS

UNITED STATES OF AMERICA, *ex rel*,
DAVID H. SHEPARD, and
WILLIAM M. MARVEL, appearing *QUI TAM*,

      Plaintiffs/Relators,

v.

GRAND JUNCTION REGIONAL AIRPORT AUTHORITY,
REX TIPPETTS, Individually,
EDDIE STORER, Individually,
JVIATION, INC.,
JASON VIRZI, Individually, and
MORGAN EINSPAHR, Individually,

      Defendants.

## ORDER FOR PARTIAL LIFTING OF CASE RESTRICTION

Upon consideration of the United States' Unopposed Level 2 Restricted Motion for Partial Lifting of Case Restriction (Doc. # 8), and for good cause shown, the Court hereby GRANTS the Motion. It is hereby

ORDERED that the case restrictions in the above-captioned case is lifted for the limited purpose of allowing the United States, in its discretion, to disclose the existence of this *qui tam* action and/or provide a copy of the Complaint (Doc. # 1) and any amended complaint to Defendants. It is

FURTHER ORDERED that, except for the limited purpose stated above, the *qui tam* complaint and all other documents filed in this case will remain under seal and restricted[1] pursuant to 31 U.S.C. § 3730(b)(2) and shall not be served on Defendants until the expiration of the statutory investigation period, or such later date as may be ordered by the Court.

DATED: July  25 , 2014

BY THE COURT:

*[signature: Christine M. Arguello]*

_____
CHRISTINE M. ARGUELLO
United States District Judge

---

[1] The False Claims Act, 31 U.S.C. § 3730(b)(2), states that the complaint in a *qui tam* action "shall remain *under seal*…" (emphasis added). On December 1, 2011, this Court changed its Local Rules such that cases are no longer "sealed." Instead, pursuant to D.C.COLO.LCivR 7.2, cases and documents filed in those cases are now labeled restricted.