IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 13-cv-00736-CMA

UNITED STATES OF AMERICA, *ex rel,*
DAVID H. SHEPARD, and
WILLIAM M. MARVEL, appearing *qui tam*,

      Plaintiffs/Relators,

v.

GRAND JUNCTION REGIONAL AIRPORT AUTHORITY,
REX TIPPETTS, individually,
EDDIE STORER, Individually,
JVIATION, INC.,
JASON VIRZI, Individually, and
MORGAN EINSPAHR, Individually,

      Defendants.
_____

ORDER Re: GOVERNMENT'S NOTICE OF ELECTION OT INTERVENE IN PART
AND TO DECLINE TO INTERVENE IN PART
_____

Upon consideration of the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part (Doc. #25), it is hereby:

ORDERED that

1. the Relators' complaint, the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part, and this Order be unsealed;

2. the United States shall file its Complaint in Intervention within 45 days and then serve its Complaint upon Defendant Grand Junction Regional Airport Authority, together with this Order, within 30 days of filing the Complaint in Intervention;

3. the Relators serve their Complaint upon Defendants Rex Tippetts, Eddie Storer, Jviaion, Inc., Jason Virzi, and Morgan Einspahr within 45 days;

4. all other papers or Orders on file in this matter shall remain under seal;

5. the seal be lifted on all other matters occurring in this action after the date of this Order;

6. as to the part of the action in which the United States has declined to intervene, the parties shall serve all pleadings and motions filed in that part of the action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time;

7. all orders of this Court shall be sent to the United States; and that

8. should the Relators or the Defendants propose that the part of the action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

DATED: March 24, 2016

BY THE COURT:

_Christine M. Arguello_
CHRISTINE M. ARGUELLO
United States District Judge